JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FARIDA KHANUM, et al., | ) | Case No. CV 13-4955 FMO (MRWx) |
| Plaintiffs, | ) | |
| v. | ) | **JUDGMENT** |
| JP MORGAN CHASE BANK, NATIONAL ASSOCIATION, et al., | ) | |
| Defendants. | ) | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 19th day of November, 2013.

/s/
_____
Fernando M. Olguin
United States District Judge